ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.OBriant@lewisbrisbois.com
*Attorneys for THIRD-PARTY DEFENDANT*
COMMUNITY ASSOCIATION UNDERWRITERS
OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QBE INSURANCE CORPORATION, individually,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SIMONE RUSSO, RICHARD DUSLAK and JUSTIN SESMAN,<br><br>           Defendants. | CASE NO.:    2:20-cv-02104-RFB-EJY<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO THIRD-PARTY PLAINTIFF RICHARD DUSLAK and JUSTIN DUSLAK'S THIRD-PARTY COMPLAINT** |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>           Counter-Claimant,<br><br>     vs.<br><br>QBE INSURANCE CORPORATION,<br><br>           Counter-Defendant. | |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>           Third-Party Plaintiffs,<br><br>     vs.<br><br>COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC.; SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION; DOES 1-X AND ROE BUSINESS ENTITIES I-X,<br><br>           Third-Party Defendants. | |

4841-3491-9386.1

COMES NOW THIRD-PARTY PLAINTIFFS RICHARD DUSLAK and JUSTIN SESMAN ("Third Party Plaintiffs") and THIRD-PARTY DEFENDANT COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. ("CAU"), by and through their undersigned counsel of record and hereby stipulate and agree that the time for CAU to file its Answer to Third Party Plaintiffs' Third Party Complaint, said response being due on February 1, 2021 be extended until February 8, 2021.

**Reason for Extension**

Because of the nature of the claims made in the Third Party Complaint, CAU requires additional time to perform an investigation prior to filing an Answer. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing CAU answer to the Third Party Complaint.

IT IS SO AGREED.

Dated: February 1, 2021

LEWIS BRISBOIS BISGAARD & SMITH       BIGHORN LAW

By  /s/ Priscilla L. O'Briant            By   Kimball Jones
    Priscilla L. O'Briant                     Kimball Jones
    6385 S. Rainbow Blvd., #600               2225 E. Flamingo Road, Bldg 2
    Las Vegas, NV  89118                      Las Vegas, NV 89119
    Attorneys for CAU                         Attorneys for Counterclaimants

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of February, 2021.

_____
U.S. MAGISTRATE JUDGE

4841-3491-9386.1                              2