ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.OBriant@lewisbrisbois.com
*Attorneys for THIRD-PARTY DEFENDANT*
COMMUNITY ASSOCIATION UNDERWRITERS
OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QBE INSURANCE CORPORATION, individually,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SIMONE RUSSO, RICHARD DUSLAK and JUSTIN SESMAN,<br><br>            Defendants. | CASE NO.:      2:20-cv-02104-RFB-EJY<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC. WITHOUT PREJUDICE** |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>            Counter-Claimant,<br><br>     vs.<br><br>QBE INSURANCE CORPORATION,<br><br>            Counter-Defendant. | |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>            Third-Party Plaintiffs,<br>     vs.<br><br>COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC.; SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION; DOES 1-X AND ROE BUSINESS ENTITIES I-X,<br><br>            Third-Party Defendants. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-9551-6379.1

1    COMES NOW THIRD-PARTY PLAINTIFFS RICHARD DUSLAK and JUSTIN

2  SESMAN ("Third Party Plaintiffs") and THIRD-PARTY DEFENDANT COMMUNITY

3  ASSOCIATION UNDERWRITERS OF AMERICA, INC. ("CAU"), by and through their

4  undersigned counsel of record, and hereby stipulate and agree that as follows:

5    WHEREAS, QBE issued Sunrise Villas IX Homeowners Association ("Sunrise HOA") an

6  insurance policy assigned Policy No.: CAU234378-1 (effective 02/01/16-02/01/17), a copy of

7  which is attached hereto as Exhibit A ("QBE Policy");

8    WHEREAS, in response to a tender, a defense was provided to Sunrise HOA under the

9  Policy in connection with the underlying matter styled *Russo v. Cox Communications*, Clark

10  County District Court Case No.: A-17-753606-C ("Underlying Matter");

11    WHEREAS, Counterclaimants have asserted affirmative claims against QBE in connection

12  with the Underlying Matter and the Policy;

13    WHEREAS, Counterclaimants have also asserted affirmative claims against Community

14  Association Underwriters Of America, Inc. ("CAU") in connection with the Underlying Matter

15  and the Policy;

16    WHEREAS, QBE represents and warrants that CAU did not issue the QBE Policy and did

17  not participate in the handling of any claims made in connection with the Underlying Matter;

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-9551-6379.1                                        2

WHEREFORE, based on these representations, Counterclaimants agree to dismiss CAU from this case without prejudice, reserving the right to name CAU as a party and/or assert claims against it based on a change in facts and/or circumstances.

IT IS SO AGREED.

Dated: February 1, 2021

LEWIS BRISBOIS BISGAARD & SMITH          BIGHORN LAW


By____/s/ Priscilla L. O'Briant_____          By_____/s/ Kimball Jones_____
Priscilla L. O'Briant                                        Kimball Jones
6385 S. Rainbow Blvd., #600                        2225 E. Flamingo Road, Bldg 2
Las Vegas, NV  89118                                   Las Vegas, NV 89119
Attorneys for CAU                                        Attorneys for Counterclaimants

**ORDER**

IT IS SO ORDERED.

Dated this  9th  day of ___February___, 2021.

RICHARD F. BOULWARE, II
**United States District Court**

**Archived:** Tuesday, February 9, 2021 11:04:54 AM
**From:** Kimball Jones
**Sent:** Tuesday, February 9, 2021 11:00:43 AM
**To:** O'Briant, Priscilla
**Cc:** evans@bighornlaw.com; Erick Finch; Cordell, Anne; Freeman, Kristen
**Subject:** Re: [EXT] Re: Duslak/Sesman v. CAU
**Sensitivity:** Normal

---

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Priscilla,

Thank you for calling. You may e-sign the SAO for me.

On Tue, Feb 9, 2021 at 10:48 AM Kimball Jones <kimball@bighornlaw.com> wrote:

> Priscilla,
>
> Do you have a moment to discuss? I just want to understand what CAU's role was in general. The SAO looks good to me and I'm confident I will approve it, but I just want to make sure I understand why CAU's name is even in the picture first.
>
> On Thu, Feb 4, 2021 at 11:16 AM O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com> wrote:
>
>> Kimball – I understand you had some discussions with counsel for QBE regarding the fact that QBE not CAU issued the policy and that CAU was not involved in the handling of the claim.
>>
>> I have confirmed these facts with my client. As such, I propose we enter a stipulation for dismissal of CAU, including these representations and dismissing CAU *without* prejudice.
>>
>> I attach a proposed stipulation for your review. I am available all day tomorrow to discuss but wanted to give you an opportunity to review our proposal.
>>
>> 
>>
>> **Priscilla L. O'Briant**
>> **Partner**
>> Priscilla.Obriant@lewisbrisbois.com
>>
>> **T: 702.693.4388  F: 702.893.3789**
>>
>> 6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

--
Very Warmest Regards,

Kimball Jones, Esq.
BIGHORN LAW
2225 E. Flamingo Ave.
Bld 2, Ste 300
Las Vegas, NV 89119
P: 702-333-1111
F: 702-507-0092
kimball@bighornlaw.com
www.bighornlaw.com

--
Very Warmest Regards,

Kimball Jones, Esq.
BIGHORN LAW
2225 E. Flamingo Ave.
Bld 2, Ste 300
Las Vegas, NV 89119
P: 702-333-1111
F: 702-507-0092
kimball@bighornlaw.com
www.bighornlaw.com