KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
**BIGHORN LAW**
2225 E. Flamingo Rd.
Building 2, Suite 300
Las Vegas, Nevada 89119
Email: Kimball@BighornLaw.com
*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QBE INSURANCE CORPORATION, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SIMONE RUSSO, RICHARD DUSLAK and JUSTIN SESMAN,<br><br>Defendants. | CASE NO.: 2:20-cv-02104-RFB-EJY |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>Counterclaimants,<br><br>vs.<br><br>QBE INSURANCE CORPORATION,<br><br>Counter-Defendants. | **STIPULATION & ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(SECOND REQUEST)** |

RICHARD DUSLAK and JUSTIN SESMAN,

    Third-Party Plaintiffs,

vs.

SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION; AMANDA DAVIS; DOES I-X AND ROE BUSINESS ENTITIES I-X,

    Third-Party Defendants.

## STIPULATION & ORDER TO EXTEND DISCOVERY DEADLINES
### (SECOND REQUEST)

Defendants/Counterclaimants/Third-Party Plaintiffs RICHARD DUSLAK and JUSTIN SESMAN, Third-Party Defendant SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION, Plaintiff/Counter-defendant QBE INSURANCE CORPORATION and Defendant SIMONE RUSSO, by and through their respective counsel of record, do hereby stipulate to extend deadlines in this matter, for a period of ninety (90) days, for the reasons explained herein.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the second such discovery extension requested in this matter.

## DISCOVERY COMPLETED TO DATE

1. The Parties have conducted an F.R.C.P. 26(f) conference and have served their respective F.R.C.P. 26(a) disclosures and supplements thereto;
2. The Parties have served written discovery on one another;
3. The Deposition of Marie Spencer was conducted on May 10, 2021; and
4. The Deposition of Rita Ehresman was conducted on May 21, 2021.

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

1. Additional written discovery;
2. Depositions of additional fact witnesses;

3. Deposition of Plaintiff's F.R.C.P. 30(b)(6) Witness;

4. Deposition of Defendants/Counterclaimants/Third-Party Plaintiffs; and

5. Depositions of expert witnesses and rebuttal expert witnesses.

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate, as Defendants/Counterclaimants/Third-Party Plaintiffs cannot appear for their depositions until the end of August 2021 and there remains a number of fact witnesses to be deposed. Further, the number of parties, and counsel, in this matter has created scheduling conflicts.

## [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| Last Date to Add Parties/Amend | September 22, 2021 |
| Expert Disclosure Deadline | October 22, 2021 |
| Joint Interim Status Report | October 22, 2021 |
| Rebuttal Expert Disclosure Deadline | November 22, 2021 |
| Discovery Cut-Off Date | December 22, 2021 |
| Dispositive Motion Deadline | January 21, 2022 |
| Proposed Joint Pre-Trial Order | February 22, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

| DATED this 28th day of June, 2021.<br><br>**BIGHORN LAW**<br><br>By: */s/ Kimball Jones*<br>**KIMBALL JONES, ESQ.**<br>Nevada Bar No.: 12982<br>2225 E. Flamingo Rd.<br>Building 2, Suite 300<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendants/Counterclaimants/ Third-Party Plaintiffs* | DATED this 28th day of June, 2021.<br><br>**LINCOLN, GUSTAFSON & CERCOS, LLP**<br><br>By: */s/ Shannon G, Splaine*<br>**SHANNON G. SPLAINE, ESQ.**<br>Nevada Bar No.: 8241<br>3960 Howard Hughes Pkwy., Suite 200<br>Las Vegas, Nevada 89169<br>*Attorneys for Third-Party Defendant, SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION* |
|---|---|
| DATED this 28th day of June, 2021.<br><br>**MORALES, FIERRO & REEVES**<br><br>By: */s/ William C. Reeves*<br>**WILLIAM C. REEVES, ESQ.**<br>Nevada Bar No.: 8235<br>600 South Tonopah Drive, Suite 300<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant* | DATED this 28th day of June, 2021.<br><br>**THE LAW OFFICE OF DAVID SAMPSON, LLC**<br><br>By: */s/ David F. Sampson*<br>**DAVID F. SAMPSON, ESQ.**<br>Nevada Bar No.: 6811<br>630 South 3rd Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant, SIMONE RUSSO* |

IT IS SO ORDERED:

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 28, 2021