KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Kimball@Bighornlaw.com
*Attorneys for Third-Party Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QBE INSURANCE CORPORATION, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SIMONE RUSSO, RICHARD DUSLAK and JUSTIN SESMAN,<br><br>Defendants. | CASE NO.: 2:20-cv-02104-RFB-EJY |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>Counterclaimants,<br><br>vs.<br><br>QBE INSURANCE CORPORATION,<br><br>Counter-Defendants. | **STIPULATION AND ORDER TO CONDUCT EXPERT DEPOSITIONS AFTER THE CLOSE OF DISCOVERY** |
| RICHARD DUSLAK and JUSTIN SESMAN,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION; DOES I-X AND ROE BUSINESS ENTITIES I-X,<br><br>Third-Party Defendants. | |
| AND ALL RELATED CLAIMS | |

**STIPULATION AND ORDER TO CONDUCT EXPERT DEPOSITIONS AFTER THE CLOSE OF DISCOVERY**

Defendants/Counterclaimants/Third-Party Plaintiffs RICHARD DUSLAK and JUSTIN SESMAN, Third-Party Defendant SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION, Plaintiff/Counter-defendant QBE INSURANCE CORPORATION, Third-Party Defendant AMANDA DAVIS and Defendant SIMONE RUSSO, by and through their respective counsel of record, do hereby stipulate to allow the depositions of the following expert witnesses disclosed in this matter to be conducted after the discovery deadline of December 22, 2021 and prior to the trial date in this matter:

Mark Falkenhagen

Richard Vavra

Stan Smith

Steven Plitt

Thomas Ireland

Good cause exists to take the expert depositions in this matter after the close of discovery due to scheduling difficulties in this matter and to avoid unnecessary duplication of efforts. Due to trial schedules and holiday schedules, both for counsel and the experts, scheduling these depositions at a time that is convenient for both the parties and experts has not been possible within the discovery period. Additionally, the experts in this case will need to review the deposition testimony of the parties, to include Amanda Davis (deposed on December 6, 2021) , the 30(b)(6) witnesses of Sunrise (scheduled to be deposed on December 22, 2021) and the 30(b)(6) witness of QBE (not yet scheduled as subject to a Motion for Protective Order - Dkt. No. 138). To avoid duplication of efforts, including the likelihood of needing to re-depose the experts once the 30(b)(6) for QBE has testified, the parties agree to avoid wasting time and resources the expert depositions in this matter should go forward after the testimony of all of QBE's 30(b)(6) witness.

Therefore, the parties stipulate to take the depositions of experts after the December 22, 2021 deadline to complete discovery and after the deposition of QBE's 30(b)(6) Witness.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2021

DATED this 21st day of December, 2021.

**BIGHORN LAW**

By:   /s/Kimball Jones
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs*

DATED this 21st day of December, 2021.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

By:   /s/Shannon G. Splaine
**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No.: 8241
3960 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
*Attorneys for Third-Party Defendant, SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION*

DATED this 21st day of December, 2021.

**MORALES, FIERRO & REEVES**

By:   /s/William C. Reeves
**WILLIAM C. REEVES, ESQ.**
Nevada Bar No.: 8235
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
*Attorneys for Plaintiff/Counter-Defendant*

DATED this 21st day of December, 2021.

**THE LAW OFFICE OF DAVID SAMPSON, LLC**

By:   /s/David F. Sampson
**DAVID F. SAMPSON, ESQ.**
Nevada Bar No.: 6811
630 South 3rd Street
Las Vegas, Nevada 89101
*Attorneys for Defendant, SIMONE RUSSO*

DATED this 21st day of December, 2021.

**GORDON REES SCULLY MANSUKHANI LLP**

By:   /s/Daniel A. Mann
**ROBERT E. SCHUMACHER, ESQ.**
Nevada Bar No.: 7504
**DANIEL A. MANN, ESQ.**
Nevada Bar No.: 15594
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Third-Party Defendant, Amanda Davis*