DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
THE LAW OFFICE OF DAVID SAMPSON, LLC.
630 South 3rd Street
Las Vegas, NV 89101
david@davidsampsonlaw.com
*Attorneys for Defendant SIMONE RUSSO*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| QBE INSURANCE CORPORATION | Case No. 2:20-cv-02104-RFB-EJY |
| Plaintiff, | |
| vs. | |
| SIMONE RUSSO, RICHARD DUSLAK and JUSTIN SESMAN | |
| Defendants. | |

**STIPULATION TO DISMISS WITH PREJUDICE**

WHEREAS on June 17, 2022 the parties, and each of them, reached a settlement of all claims and issues in the instant action, as verified by Plaintiff QBE in ECF 221 ("NOTICE OF SETTLEMENT") which stated "BE ADVISED THAT a settlement has been reached in this matter that resolved all claims and issues.  The parties are working diligently to memorialize the settlement.  Once the settlement is finalized, the parties will request that this matter be dismissed

///

///

///

in its entirety with prejudice", the parties, and each of them, hereby stipulate that this matter be dismissed in its entirety, including all claims and cross/counter claims, with prejudice.

SO STIPULATED THIS 29th day of July, 2022

BY: __/s/ *David Sampson*__
DAVID SAMPSON, ESQ.
Nevada Bar No.6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Attorney for Defendant SIMONE RUSSO

BY: __/s/ *Kimball Jones, Esq.*__
KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
BIGHORN LAW
2225 E. Flamingo Rd.
Building 2, Suite 300
Las Vegas, Nevada 89119
Email: Kimball@BighornLaw.com
Evans@BighornLaw.com
Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs

BY: __/s/ *William Reeves, Esq.*__
WILLIAM C. REEVES [Bar No.8235]
Email: wreeves@mfrlegal.com
RAMIRO MORALES [Bar No.: 7101]
Email: rmorales@mfrlegal.com
MORALES, FIERRO & REEVES
600 South Tonopah Drive, Suite 300
Las Vegas, Nevada 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455
Attorneys for Plaintiffs/ Counterdefendants
QBE INSURANCE CORPORATION

BY: /s/ *Shannon Splaine, Esq.*

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
ATTORNEYS AT LAW
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com
Attorneys for Third-Party Defendant,
SUNRISE VILLAS IX HOMEOWNERS' ASSOCIATION

BY: /s/ *Robert Schumacher*

ROBERT SCHUMACHER, ESQ.
Nevada Bar No. 7504
300 S. 4th St. Suite 1550
Las Vegas NV 89101
Attorneys for AMANDA DAVIS

## ORDER ON STIPULATION

BASED UPON THE STIPULATION ABOVE, it is hereby ORDERED, ADJUDGED and DECREED that this matter and all matters raised herein be, and hereby are, dismissed in their entirety, including all claims and cross/counter claims, with prejudice.

_____
US DISTRICT COURT JUDGE

DATED: August 1, 2022